# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00519-CV

**Alice Gibson, Appellant**

**v.**

**American Restaurant Group, Inc., d/b/a Grandy's, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. 97-12079, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

**PER CURIAM**

Appellant Alice Gibson filed an unopposed motion to dismiss, requesting that this Court dismiss her appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

File: November 1, 2001

Do Not Publish